*E-Filed 4/24/13*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| CHRISTOPHER L. GRIFFITH, | No. C 11-1005 RS (PR) |
| Petitioner, | **ORDER GRANTING MOTION TO FILE EXCESS PAGES** |
| v. | |
| BRENDA M. CASH, Warden, | |
| Respondent. | |

Petitioner's motion to file excess pages as part of his traverse (Docket No. 29) is GRANTED. The Clerk shall terminate Docket No. 29.

**IT IS SO ORDERED**.

DATED: April 24, 2013

RICHARD SEEBORG
United States District Judge